THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GREGORY SHELTON, Defendant-Appellant.

(No. 72-344; )

Second District—October 29, 1973.

Opinion by Mr. PRESIDING JUSTICE GUILD.

Thomas M. Newman, of Wheaton, for appellant.

William R. Ketcham, State's Attorney, of Geneva, (Clarence Wittenstrom, Assistant State's Attorney, of counsel,) for the People.